UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
May 25, 2016

No. 14-4193

JILL SIKKELEE,
Individually and as Personal Respresentative
of the Estate of David Sikkelee, deceased,
Appellant

v.

PRECISION AIRMOTIVE CORPORATION;
PRECISION AIRMOTIVE LLC,
Individually and as Successor-In-Interest to Precision Airmotive Corporation;
BURNS INTERNATIONAL SERVICES CORPORATION,
Individually and as Successor-In-Interest to Borg-Warner Cotrporation,
and Marvel-Schebler, a Division of Borg-Warner Corporation;
TEXTRON LYCOMING RECIPROCATING ENGINE DIVISION,
A Division of Avco Corporation;
AVCO CORPORATION; KELLY AEROSPACE, INC.,
Individually and Joint Venturer and a Successor-In-Interest;
KELLY AEROSPACE POWER SYSTEMS, INC.,
Individually and as Joint Venturer and Successor-In-Interest
a/k/a Electrosystems, Inc., a/k/a Confuel Inc.;
ELECTROSYSTEMS, INC., Individually and as Joint Venturer and as Successor-In-
Interest a/k/a Consolidated Fuel Systems, Inc. a/k/a Confuel, Inc.;
CONSOLIDATED FUEL SYSTEMS, INC., a/k/a Confuel, Inc.

(M.D. Pa. No. 4-07-cv-00886)

Present:  KRAUSE, Circuit Judge

1. Motion by Amicus Appellees Atlantic Legal Foundation and New England Legal Foundation for Leave to File a Brief in Support of Appellees Petition for Rehearing

2. Motion by Boeing Company Airbus Americas, Inc. to Proceed as Amicus Curiae and File a Brief in Support of Appellees Petition for Rehearing

3. Motion by Amicus Appellee General Aviation Manufacturers Association for Leave to File a Brief in Support of Appellees Petition for Rehearing

                Respectfully,
                Clerk/cjg

_____ORDER_____

The foregoing motions for leave to file briefs in support of Appellees' Petition for Rehearing are granted.

                By the Court,

                s/ Cheryl Ann Krause
                Circuit Judge

Dated: May 25, 2016
CJG/cc:    All Counsel of Record